# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY J. DARR, | : | |
| Plaintiff, | : | |
| | : | CASE NO.  2:19-cv-638 |
| v. | : | JUDGE DEAVERS |
| | : | |
| | : | |
| OHIO PUBLIC EMPLOYEES | : | |
| RETIREMENT SYSTEM, | : | |
| Defendant. | : | |

## STIPULATION OF VOLUNTARY DISMISAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) the parties hereby dismiss this action without prejudice and otherwise than on the merits.

Respectfully submitted,

*s/Keith A. Yeazel*
_____
Keith A. Yeazel (0041274)
905 South High Street
Columbus, Ohio 43206
(614) 885-2900
 keithyeazel@gmail.com
Trial Attorney for Gregory J. Darr

*s/ Isaac A. Molnar*
_____
Isaac A Molnar         (76060)
Assistant Ohio Attorney General
30 E. Broad Street, 15th Floor
Columbus, OH 43215
614-466-4066
isaac.molnar@ohioattorneygeneral.gov
Trial Attorney for OPERS

## CERTIFICATE OF SERVICE

  Copies of the foregoing Dismissal were sent via the Court's CM/ECF system, this 21st day of November, 2019, to all counsel of record.

*s/Keith A. Yeazel*

_____
KEITH A. YEAZEL (0041274)